# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. GARY, JR., | : | |
| Plaintiff | : | No. 1:13-cv-02540 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| LABOR AND INDUSTRY, et al., | : | (Chief Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

**AND NOW**, on this 13th day of June 2014, **IT IS HEREBY ORDERED THAT:**

1. Chief Magistrate Judge Carlson's Report and Recommendation (Doc. No. 16) is **ADOPTED**;

2. Defendants' motion to dismiss Plaintiff's complaint (Doc. No. 9) is **GRANTED**;

3. Plaintiff's complaint (Doc. No. 3) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to file an amended complaint within twenty days of the date of this order; and

4. All further proceedings in the matter are referred to Magistrate Judge Carlson.


S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania