IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. GARY, JR.** | : | **CIVIL ACTION NO. 1:13-2540** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **LABOR & INDUSTRY, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a July 9, 2014 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's complaint is **DISMISSED with prejudice** as frivolous for failure to state a claim.

3) The Clerk of Court is directed to close the case.

      s/ Yvette Kane
      YVETTE KANE, District Judge
      United States District Court
      Middle District of Pennsylvania

Dated: July 30, 2014